UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>   Defendants. | Case No.: 3:20-CV-00541-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 5) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 5[1]) entered on October 19, 2020, recommending that the Court dismiss the case without prejudice and without leave to amend. No objection to the Report and Recommendation has been filed.

  This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 5) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Goodrum's Application to Proceed *In Forma Pauperis* (ECF No. 3) is **GRANTED.**

**IT IS FURTHER ORDERED** that Goodrum's two motions for appointment of counsel (ECF Nos. 1-2, 4) are **DENIED as MOOT**.

**IT IS FURTHER ORDERED** that Goodrum's Complaint (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

Dated this 25th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge